**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                             No. C 13-1245 SI (pr)

MORRIS MESTER,                                        **ORDER OF DISMISSAL**

        Plaintiff.

_____/

Plaintiff sent to the court a letter concerning medical issues he had at the R. J. Donovan Correctional Facility, where he is incarcerated. In an effort to protect his rights, a new action was opened and the letter was filed on March 20, 2013. Plaintiff was informed that he had not filed a complaint, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee. This action therefore is DISMISSED without prejudice. No fee is due. The clerk shall close the file.

    IT IS SO ORDERED.

Dated: June 13, 2013

                                                                             SUSAN ILLSTON
                                                       United States District Judge