UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                              No. C 13-1245 SI (pr)

MORRIS MESTER,                                          **JUDGMENT**

      Plaintiff.
_____/

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 13, 2013                              _____
                                                  SUSAN ILLSTON
                                                  United States District Judge